UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JINELSIE VARGAS,

                     **Plaintiff,**

      **-against-**

ANDREW SAUL,

                     **Defendant.**
-----------------------------------------------------------------X

**21-CV-04676 (MKV)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/28/2022

**SARAH NETBURN, United States Magistrate Judge:**

       On March 8, 2022, the Court ordered that the parties' cross-motions for judgment on the pleadings be fully briefed by June 24, 2022. ECF No. 16. As of the issuance of this order, Plaintiff has not filed any reply. Plaintiff's reply is due no later than June 30, 2022. If Plaintiff fails to file a reply by June 30, 2022, the Court will consider this matter fully briefed and ready for resolution.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 28, 2022
              New York, New York