**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JINELSIE VARGAS,

                        Plaintiff,                    21 **CIVIL** 4676 (MKV)

       -v-                                    **JUDGMENT**

ANDREW SAUL, Commissioner of Social
Security,
                        Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 28, 2022, the Report and Recommendation is ADOPTED in its entirety. Vargas's motion is DENIED. The Commissioner's motion is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          September 29, 2022

                                                       **RUBY J. KRAJICK**

                                                                                 Clerk of Court
                                  **BY:**     *K. Mango*

                                                                                 **Deputy Clerk**